MCGUIREWOODS LLP
A. BROOKS GRESHAM (SBN 155954)
ARSEN KOURINIAN (SBN 271966)
1800 Century Park East
8th Floor
Los Angeles, CA 90067
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Ulthera, Inc. and
Merz North America, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA TRYAN and MARILYN ECHOLS, as individuals, and on behalf of other members of the general public similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>ULTHERA, INC., a Delaware corporation; and MERZ NORTH AMERICA, INC., a Delaware corporation,<br><br>   Defendants. | CASE NO. 2:17-cv-02036-MCE-CMK<br><br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT BY NO MORE THAN 28 DAYS (L.R. 143 & 144)**<br><br>Original Deadline to Respond:  Oct. 24, 2017<br>New Deadline to Respond:  Nov. 21, 2017<br><br>Courtroom:  7 |

**STIPULATION**

Pursuant to Local Rules 143 and 144, Plaintiffs Georgia Tryan and Marilyn Echols (together, "Plaintiffs"), and Defendants Ulthera, Inc. and Merz North America, Inc. (together, "Defendants") hereby stipulate as follows:

1. WHEREAS, the Complaint in this action was filed on September 29, 2017;

2. WHEREAS, Defendants were served with the Complaint on October 3, 2017, making their deadline to respond to the Complaint originally due on October 24, 2017;

3. WHEREAS, the parties have agreed to extend Defendants' deadline to respond to the Complaint by answer, motion or otherwise, by twenty-eight (28) days, per Local Rule 144; and

4. WHEREAS, the parties have also agreed that if Defendants file a motion in response to the Complaint in lieu of an answer, that because of the impending holiday season, the parties will subsequently confer to schedule briefing thereon which will avoid unnecessary impact on the parties' and the Court's holiday schedules.

/ /

/ /

**THEREFORE, IT IS HEREBY STIPULATED** that Defendants shall have to and including November 21, 2017, to respond to the Complaint by answer, motion or otherwise, and, if Defendants file a motion in response to the Complaint, the parties will subsequently confer to schedule briefing thereon which will avoid unnecessary impact on holiday schedules.

DATED: October 19, 2017         Respectfully submitted,

MCGUIREWOODS LLP

By:      */s/ A. Brooks Gresham*
         A. Brooks Gresham
         Arsen Kourinian

DATED: October 19, 2017         CAPSTONE LAW APC

By:      */s/ Bevin Allen Pike (as authorized on October 18, 2017)*
         Bevin Allen Pike
         Robert K. Friedl
         Trisha K. Monesi
         Attorneys for Plaintiffs Georgia Tryan and Marilyn Echols

**CONSENT TO FILE**

I, A. Brooks Gresham, am the ECF User whose ID and password are being used to file this Joint Motion. In compliance with Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual and Local Rule 131(e), I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

                                             */s/ A. Brooks Gresham*
                                             A. Brooks Gresham