MCGUIREWOODS LLP
BETHANY G. LUKITSCH (SBN 314376)
MOLLY M. WHITE (SBN 171448)
ARSEN KOURINIAN (SBN 271966)
1800 Century Park East
8th Floor
Los Angeles, CA 90067
Telephone: 310.315.8200
Facsimile: 310.315.8210
Email: blukitsch@mcguirewoods.com
       mwhite@mcguirewoods.com
       akourinian@mcguirewoods.com

MCGUIREWOODS LLP
JAMES F. NEALE (Pro Hac Vice)
Court Square Building
310 Fourth Street, N.E., Suite 300
Post Office Box 1288
Charlottesville, VA 22902
Telephone: (434) 977-2582
Facsimile: (434) 980-2263
Email: jneale@mcguirewoods.com

Attorneys for Defendants Ulthera, Inc. and
Merz North America, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA TRYAN and MARILYN ECHOLS, as individuals, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ULTHERA, INC., a Delaware corporation; and MERZ NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 2:17-cv-02036-MCE-CMK<br><br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br><br><br>Courtroom: 7 |

WHEREAS, Defendants Merz North America, Inc. and Ulthera, Inc. ("Defendants") responded to the Complaint on November 21, 2017, by filing a Motion to Dismiss (*see* Docket, Doc. No. 12);

WHEREAS, on January 11, 2018, Plaintiffs Marilyn Echols and Georgia Tryan ("Plaintiffs") filed an opposition to the Motion to Dismiss (*see* Docket, Doc. No. 21), and on January 18, 2018, Defendants filed their reply brief (*see* Docket, Doc. No. 22);

WHEREAS, on November 27, 2017, the Court entered a Minute Order vacating the hearing date and submitting the motion without argument (*see* Docket, Doc. No. 15), and the Parties are awaiting the Court's ruling on the Motion to Dismiss;

WHEREAS, on December 14, 2017, Plaintiffs and Defendants ("the Parties") filed their Joint Discovery Plan Following Fed. R. Civ. P. 26(f) Conference (*see* Docket, Doc. No. 16);

WHEREAS, the Parties have exchanged their initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure; have entered into a Stipulated Protective Order, which was entered on January 5, 2018 (*see* Docket, Doc. No. 20); and have entered into a Stipulation Regarding the Discovery of Electronically Stored Information, which was entered on January 5, 2018 (*see* Docket, Doc. No. 21);

WHEREAS, the Parties have served on one another requests for the production of documents and have met and conferred concerning the scope of production;

WHEREAS, the Parties agree that the scope of relevant documents and other discovery may be materially impacted by any ruling on the Motion to Dismiss, and that for the sake of efficiency the Parties wish to await the Court's ruling on the Motion to Dismiss before producing documents;

WHEREAS, pursuant to the Initial Pretrial Scheduling Order (*see* Docket, Doc. No. 5), the current discovery cut-off, excluding expert discovery, is September 29, 2018;

**THE PARTIES HEREBY STIPULATE AND AGREE** that the close of discovery, excluding expert discovery, shall be 270 days after the Defendants file an Answer to the Complaint or to any amended complaint subsequently filed as a result of the Court's ruling on the Motion to Dismiss.

DATED: June 1, 2018          **CAPSTONE LAW APC**

By: /s/ Trisha K. Monesi
Trisha K. Monesi
Attorneys for Plaintiffs
GEORGIA TRYAN and MARILYN ECHOLS

DATED: June 1, 2018          **McGuireWoods LLP**

By: /s/ Molly M. White
Bethany G. Lukitsch
Molly M. White
Arsen Kourinian
Jim Neale
Attorneys for Defendants
ULTHERA, INC., a Delaware corporation; and
MERZ NORTH AMERICA, INC.,

    IT IS SO ORDERED.

DATED: JUNE 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE