UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA TRYAN and MARILYN ECHOLS, as individuals, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ULTHERA, INC., a Delaware corporation; and MERZ NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:17-cv-02036-MCE-CMK<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ULTHERA, INC.**<br><br>Complaint Filed: September 29, 2017<br>Trial Date: None Set |

Having considered Plaintiffs' REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF NAMED DEFENDANT ULTHERA, INC., and GOOD CAUSE appearing, the Court hereby GRANTS Plaintiffs' Request for Dismissal Without Prejudice of Named Defendant Ulthera, Inc. and Ulthera, Inc. is hereby dismissed from this action, without prejudice. The case remains active against Defendant Merz North America, Inc.

IT IS SO ORDERED.

Dated: June 28, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE