Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiffs
Georgia Tryan and Marilyn Echols

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA TRYAN and MARILYN ECHOLS, as individuals, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ULTHERA, INC., a Delaware corporation; and MERZ NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:17-cv-02036-MCE-CMK<br><br>Hon. Morrison C. England, Jr.<br><br>**JOINT STIPULATION AND NOTICE SETTING DEADLINE FOR DEFENDANT MERZ NORTH AMERICA, INC. TO ANSWER PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed:   September 29, 2017<br>Trial Date:           None Set |

Plaintiffs Georgia Tryan and Marilyn Echols ("Plaintiffs") and Defendant Merz North America, Inc. ("Defendant"), collectively the "Parties," by and through their counsel of record, submit this Stipulation Setting Deadline for Defendant to File its Answer by September 27, 2018.

In support of this Stipulation, the Parties agree and state as follows:

**WHEREAS**, on August 17, 2018, the Court issued its order denying Defendant's motion to dismiss Plaintiffs' class action complaint, "except for Defendant's request that the injunctive relief allegations be stricken from Plaintiffs' Complaint," and gave Plaintiffs leave to amend as to those allegations (Dkt. No. 28);

**WHEREAS**, Plaintiffs notified Defendant on August 29, 2018, that they do not intend to file an amended complaint and Plaintiffs' request for injunctive relief is stricken per the Court's August 17, 2018 Order (Dkt. No. 28); and

**WHEREAS,** the Court's Order did not set a deadline by which Defendant must file its answer to Plaintiffs' amended complaint, or alternatively, Plaintiffs' complaint in the event an amended complaint was not filed.

**THEREFORE,** the Parties **HEREBY STIPULATE AND AGREE** that Defendant shall file its answer to Plaintiffs' Class Action Complaint by September 27, 2018.

Dated:  September 4, 2018               Respectfully submitted,
                                        **CAPSTONE LAW APC**

                                        By: */s/ Trisha Monesi*
                                            Jordan L. Lurie
                                            Tarek H. Zohdy
                                            Cody R. Padgett
                                            Trisha K. Monesi

                                        Attorneys for Plaintiffs Georgia Tryan and
                                        Marilyn Echols

Dated:  September 4, 2018               **MCGUIREWOODS LLP**

                                        By: */s/ Molly White*
                                            Bethany G. Lukitsch
                                            Molly M. White
                                            Arsen Kourinian
                                            Jim Neale

                                        Attorneys for Defendant
                                        Merz North America, Inc.