MCGUIREWOODS LLP
BETHANY G. LUKITSCH (SBN 314376)
MOLLY M. WHITE (SBN 171448)
ARSEN KOURINIAN (SBN 271966)
1800 Century Park East
8th Floor
Los Angeles, CA 90067
Telephone: 310.315.8200
Facsimile: 310.315.8210
Email: blukitsch@mcguirewoods.com
       mwhite@mcguirewoods.com
       akourinian@mcguirewoods.com

MCGUIREWOODS LLP
JAMES F. NEALE (Pro Hac Vice)
McGuireWoods LLP
652 Peter Jefferson Parkway
Suite 350
Charlottesville, VA 22911
Telephone: (434) 977-2582
Facsimile: (434) 980-2263
Email: jneale@mcguirewoods.com

Attorneys for Defendant Merz North America, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA TRYAN and MARILYN ECHOLS, as individuals, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ULTHERA, INC., a Delaware corporation; and MERZ NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 2:17-cv-02036-MCE-CMK<br><br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER TO EXTEND AND SET DEADLINES**<br><br>Courtroom: 7 |

**STIPULATION AND ORDER TO EXTEND AND SET DEADLINES**

Defendant Merz North America, Inc. ("Defendant") and Plaintiffs Marilyn Echols and Georgia Tryan ("Plaintiffs"), collectively, the "Parties," by and through their counsel of record, submit this Stipulation and [Proposed] Order to Extend and Set Deadlines.

1. WHEREAS, since Merz filed its Answer to the Complaint on September 27, 2018, the Parties have been diligently conducting fact discovery and discussing the prospect of an early resolution to this matter.

2. WHEREAS, on or around June 12, 2019, the Parties agreed that early resolution to this matter is unlikely at this juncture of the case and additional time is needed to complete discovery.

3. WHEREAS, the Parties also agreed that deadlines should be set for a motion for summary judgment, motion for class certification, and expert discovery.

4. WHEREAS, good cause exists to extend the discovery deadline because of the volume of documents involved in the Parties' e-discovery, and the need for additional time to complete the depositions of Georgia Tryan, Merz, and potentially other deponents.

5. WHEREAS, good cause exists to enter the deadlines proposed below because they correspond with the Parties' anticipated completion of discovery, and the time needed to brief substantive motions.

/ /

/ /

**THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** that the deadline to complete fact discovery should be extended, and the following deadlines should be entered in this case:

| | |
|---|---|
| Fact Discovery Cut-Off | October 4, 2019 |
| Motion for Summary Judgment Due for Filing | October 18, 2019 |
| Opposition to Motion for Summary Judgment Due for Filing | November 27, 2019 |
| Reply to Motion for Summary Judgment Due for Filing | December 11, 2019 |
| Hearing on Motion for Summary Judgment | December 19, 2019 at 2:00 p.m. in Courtroom 7 |
| Motion for Class Certification Due for Filing | February 4, 2020 |
| Deadline for Plaintiffs to Disclose Class and Merits Expert(s) and Report(s) | February 4, 2020 |
| Deposition(s) of Plaintiffs' Expert(s) | February 24 to March 6, 2020 |
| Opposition to Class Certification Due for Filing | April 3, 2020 |
| Deadline for Merz to Disclose Class and Merits Expert(s) and Report(s) | April 3, 2020 |
| Deposition(s) of Merz's Expert(s) | April 27 to May 8, 2020 |
| Reply for Motion for Class Certification Due for Filing | May 22, 2020 |
| Hearing on Motion for Class Certification | June 11, 2020 at 2:00 p.m. in Courtroom 7 |

DATED: June 17, 2019 **CAPSTONE LAW APC**

By: /s/ *Trisha K. Monesi*
Trisha K. Monesi
Attorneys for Plaintiffs
GEORGIA TRYAN and MARILYN ECHOLS

DATED: June 17, 2019 **McGuireWoods LLP**

By: /s/ *Bethany G. Lukitsch*
Bethany G. Lukitsch
Molly M. White
Arsen Kourinian
Jim Neale
Attorneys for Defendant
MERZ NORTH AMERICA, INC.,

**IT IS SO ORDERED.**

**DATED: JUNE 19, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE