1  MCGUIREWOODS LLP
   BETHANY G. LUKITSCH (SBN 314376)
2  MOLLY M. WHITE (SBN 171448)
   ARSEN KOURINIAN (SBN 271966)
3  1800 Century Park East
   8th Floor
4  Los Angeles, CA 90067
   Telephone: 310.315.8200
5  Facsimile: 310.315.8210
   Email: blukitsch@mcguirewoods.com
6          mwhite@mcguirewoods.com
           akourinian@mcguirewoods.com
7

8  MCGUIREWOODS LLP
   JAMES F. NEALE (Pro Hac Vice)
9  Court Square Building
   310 Fourth Street, N.E., Suite 300
10 Post Office Box 1288
   Charlottesville, VA 22902
11 Telephone: (434) 977-2582
   Facsimile: (434) 980-2263
12 Email: jneale@mcguirewoods.com

13 Attorneys for Defendant Merz
   North America, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA TRYAN and MARILYN ECHOLS, as individuals, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ULTHERA, INC., a Delaware corporation; and MERZ NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 2:17-cv-02036-MCE-CMK<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING DEFENDANT MERZ NORTH AMERICA, INC.'S *EX PARTE* APPLICATION TO EXTEND PAGE LIMIT FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

**ORDER**

The Court, having received and considered Defendant Merz North America, Inc.'s ("Merz") *Ex Parte* Application to Extend Page Limit for Merz's Motion for Summary Judgment, and good cause appearing therefor, hereby **ORDERS**:

1. Merz's page limit for its Memorandum of Points and Authorities in support of its Motion for Summary Judgment is twenty-five (25) pages.
2. Plaintiffs' page limit for its Opposition to Merz's Motion for Summary Judgment is twenty-five (25) pages.

**IT IS SO ORDERED.**

DATED: October 18, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE