UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA TRYAN and MARILYN ECHOLS, as individuals, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ULTHERA, INC., a Delaware corporation; and MERZ NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:17-cv-02036-MCE-CMK<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS SUBMITTED WITH PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date: December 19, 2019<br>Time: 2:00 p.m.<br>Courtroom: 7 |

| | |
|---|---|
| 1 | |
| 2 | Upon review of Plaintiffs' Request to Seal Documents Submitted With Plaintiffs' Opposition to Motion for Summary Judgment, and for good cause shown, it is hereby ordered that the unredacted version of Exhibits B-F, L, M, and Q to the Declaration of Trisha Monesi in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment shall be placed under seal. \ |
| 6 | IT IS SO ORDERED. |
| 8 | DATED: January 6, 2020 |

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE