1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

11

12   GEORGIA TRYAN and MARILYN          Case No.: 2:17-cv-02036-MCE-CMK
     ECHOLS, as individuals, and on behalf of
13   other members of the general public       Hon. Morrison C. England, Jr.
     similarly situated,
14                                              **ORDER GRANTING PARTIES' JOINT
                   Plaintiffs,                  STIPULATION OF VOLUNTARY
15                                              DISMISSAL OF ACTION PURSUANT TO
            v.                                  FED. R. CIV. P. 41(a)(1)(A)(ii)**
16
     ULTHERA, INC., a Delaware corporation;
17   and MERZ NORTH AMERICA, INC., a       Complaint Filed:    September 29, 2017
     Delaware corporation,                 Trial Date:         None Set
18
                   Defendants.
19

20

21

22

23

24

25

26

27

28

---

**ORDER**

Having considered the parties' Joint Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby DISMISSES this action, in its entirety, with prejudice as to the named Plaintiffs' individual claims.   The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED:  April 1, 20202

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE